**Order filed December 4, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00840-CV
_____

**JOSEPH VILLAGOMEZ, Appellant**

**V.**

**ANNABELLA RAMIREZ, Appellee**

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-196737**

## O R D E R

The clerk's record was filed October 25, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's order affirming the ruling of the associate judge.

The Fort Bend County Clerk is directed to file a supplemental clerk's record on or before **December 14, 2012**, containing the trial court's order affirming the ruling of the associate judge.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM